# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. ACKOUREY d/b/a GRAPHIC STYLES/STYLES INTERNATIONAL LLC,**<br>                  **Plaintiff,**<br><br>      v.<br><br>**SONELLAS CUSTOM TAILORS, a/k/a HONG KONG TAILORS (USA), and DILEEP KUMAR DASWANI, a/k/a KEN DASWANI,**<br>                  **Defendants.** | CIVIL ACTION<br><br><br><br>NO. 12-6729 |

## O R D E R

**AND NOW,** this 21st day of August, 2013, upon consideration of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) (Doc. No. 10, filed April 29, 2013), Plaintiff's Memorandum In Opposition To Defendants' Motion To Dismiss Based On Lack Of Personal Jurisdiction Pursuant To Rule 12(b)(2) (Doc. No. 11, filed May 13, 2013), and Reply Brief In Support Of Defendants' Motion To Dismiss Based On Lack Of Personal Jurisdiction Pursuant To Rule 12(b)(2) (Doc. No. 12, filed May 20, 2013), for the reasons stated in the attached Memorandum dated August 21, 2013, **IT IS ORDERED** that Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) is **GRANTED WITHOUT PREJUDICE** for lack of personal jurisdiction over defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                                                       **BY THE COURT:**

                                                        /s/ Hon. Jan E. DuBois
                                                        **DuBOIS, JAN E., J.**