IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. ACKOUREY d/b/a GRAPHIC STYLES/STYLES INTERNATIONAL LLC,<br>           Plaintiff, | CIVIL ACTION |
| v. | NO.  12-6729 |
| SONELLAS CUSTOM TAILORS, a/k/a HONG KONG TAILORS (USA), and DILEEP KUMAR DASWANI, a/k/a KEN DASWANI,<br>           Defendants. | |

## O R D E R

**AND NOW**, this 3rd of April, 2014, upon consideration of Defendants' Motion for

Attorneys' Fees (Document No. 17, filed October 21, 2013), Amended Declaration of David E.

Landau in Support of Defendants' Motion for Attorney [sic] Fees (Document No. 19, filed

October 21, 2013), Plaintiff's Memorandum in Opposition to Defendants' Motion for Attorneys'

Fees (Document No. 20, filed November 4, 2013), and Reply Brief in Support of Defendants'

Motion for Attorneys' Fees (Document No. 21, filed November 8, 2013), **IT IS ORDERED** that

Defendants' Motion for Attorneys' Fees is **DENIED**.

BY THE COURT:

/s/ Jan E. DuBois
           **DuBOIS, JAN E., J.**